```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 25994
   ROBERT ALLEN KWIATKOWSKI
   MICHELLE LEE ANN KWIATKOWSKI                CHAPTER 13

                                               JUDGE: JOHN H SQUIRES

         Debtor
    SSN XXX-XX-9234      SSN XXX-XX-0208
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/13/04 and confirmed on 09/10/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 18000.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT CO | SECURED | 3375.00 | 204.00 | 3375.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 548.08 | 57.77 | 548.08 |
| A ALL FINANCIAL SRV | UNSECURED | 1120.21 | .00 | 472.36 |
| MONARCH SERVICES GROUP | UNSECURED | 349.00 | .00 | 147.16 |
| CAPITAL ONE FINANCIAL | UNSECURED | 173.46 | .00 | 73.14 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO REVENUE | UNSECURED | 940.00 | .00 | 396.37 |
| CITY OF CHICAGO LAW DEPT | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2914.22 | .00 | 1228.85 |
| ARBER MD | UNSECURED | NOT FILED | .00 | .00 |
| BIASIELLO MD | UNSECURED | NOT FILED | .00 | .00 |
| KARRAS MD | UNSECURED | NOT FILED | .00 | .00 |
| ZUCCHERO MD | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT | FILED LATE | .00 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT PUBLIC AID | UNSECURED | 2788.05 | .00 | 1175.65 |
| ILLINOIS TITLE LOANS | UNSECURED | NOT FILED | .00 | .00 |
| JOSEPH SERWA | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| LISLE WOODRIDGE FIRE PRO | UNSECURED | NOT FILED | .00 | .00 |
| CARD SERVICE CENTER | UNSECURED | 2997.42 | .00 | 1263.93 |
| PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |
| SAISUDA KHOWAJA | UNSECURED | NOT FILED | .00 | .00 |
| SBC BANKRUPTCY DESK | UNSECURED | 800.00 | .00 | 337.34 |
| USA PAYDAY LOANS | UNSECURED | 550.00 | .00 | 231.92 |
| WILBUR WRIGHT COLLEGE | UNSECURED | NOT FILED | .00 | .00 |

```
FIA CARD SERVICES          UNSECURED     NOT FILED              .00          .00
FORD MOTOR CREDIT CO       UNSECURED      6403.34               .00      2700.12
PINNACLE CREDIT SERVICES   UNSECURED       255.49               .00       107.73
AMERICASH LOANS            UNSECURED       446.14               .00       188.13
US DEPARTMENT OF EDUCATI   UNSECURED      4888.47               .00      2061.34
```

Summary of disbursements:

|                   | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL    |
|-------------------|----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED| 3375.00  | 548.08   | 24625.80  | .00   | 28548.88 |
| PRINCIPAL PAID    | 3375.00  | 548.08   | 10384.04  | .00   | 14307.12 |
| INTEREST PAID     |  204.00  |  57.77   |      .00  | .00   |   261.77 |
| TOTAL PAID        | 3579.00  | 605.85   | 10384.04  | .00   | 14568.89 |

The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $    731.11 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/09/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 04 B 25994 ROBERT ALLEN KWIATKOWSKI & MICHELLE LEE ANN KWIATK